**Order filed October 2, 2014.**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-14-00574-CV**
**NO. 14-14-00655-CV**
**NO. 14-14-00772-CV**

———————

**CHRISTINE REULE, Appellant**

**V.**

**JOHN R. BELUS, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-37325**

## ORDER

On July 15, 2014, appellant filed a notice of accelerated appeal from the trial court's temporary injunction signed July 7, 2014, and the appeal was docketed under our case number 14-14-00574-CV. On August 11, 2014, appellant filed a notice of interlocutory appeal from the amended temporary injunction signed July 24, 2014, and a new appeal was docketed under our case number 14-14-00655-CV.

On August 13, 2014, appellant filed a motion to consolidate the appeals. No opposition was filed. Accordingly, we granted the motion and ordered the appeals consolidated.

On September 23, 2014, appellant filed a notice of accelerated appeal from the trial court's second amended temporary injunction signed September 18, 2014. On September 25, 2014, appellant filed a motion to review the second amended temporary injunction. We grant the motion.

On our own motion, we order this new appeal docketed under 14-14-00772-CV **CONSOLIDATED** with the previously consolidated appeals docketed under case number 14-14-00574-CV and 14-14-00655-CV**.**

All documents pertaining to these cases should be filed in case number 14-14-00574-CV. The same clerk's record, reporter's record, and briefs will apply to all three cases. The filing deadlines in case number 14-14-00574-CV will apply to all three cases.

PER CURIAM